IN THE CIRCUIT COURT OF THE 20th
JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA

CMR CONSTRUCTION & ROOFING, LLC.
(A/A/O ROBERT IORIZZO AND
NANCY IORIZZO),                                                    CASE NO.:

       Plaintiff,

v.

AIG PROPERTY CASUALTY
COMPANY,

       Defendant.
_____/

## PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, CMR CONSTRUCTION & ROOFING, LLC. (A/A/O ROBERT

IORIZZO AND NANCY IORIZZO), through the undersigned counsel, and hereby files this

Complaint against Defendant, AIG PROPERTY CASUALTY COMPANY, and as grounds

therefore states as follows:

1.     This is an action for damages in excess of THIRTY THOUSAND DOLLARS

($30,000.00), exclusive of interest, attorneys' fees and costs, and is otherwise within the

jurisdictional limits of this Court.

2.     At all times material hereto, the Plaintiff, CMR CONSTRUCTION & ROOFING,

LLC. (A/A/O ROBERT IORIZZO AND NANCY IORIZZO (hereinafter "Plaintiff") was and is a

Limited Liability Company authorized to do business in the State of Florida and doing business

and maintaining offices and/or agents for the transaction of its customary business in Lee County,

Florida.

3.    At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business and maintaining offices and/or agents for the transaction of its customary business in Lee County, Florida.

4.    Plaintiff brings this action pursuant to an assignment of benefits signed by the named insured or an authorized representative of the named insured(s), Plaintiff having performed and/or been contracted to perform services at the insured property in exchange for a post-loss assignment of the rights and benefits available under any applicable insurance policies relating to or arising from the services rendered and/or to be rendered by Plaintiff. Attached hereto and incorporated by reference in as Plaintiff's "**Exhibit A**" is a true and correct copy of the assignment of benefits agreement signed by the Insured and/or the Insured's authorized agent.

5.    Alternatively, the Plaintiff has standing to bring this lawsuit for insurance proceeds and benefits owed to the Insureds, Robert Iorizzo and Nancy Iorizzo (collectively the "Insureds), due to an equitable assignment based on completed contracted services.

6.    At all times material hereto, the Insureds sought and purchased homeowner's insurance from Defendant to cover the property located at 22040 Shallowater Lane, Bonita Springs, FL 34135 (hereinafter "Insured Property"). Said policy of insurance, (hereinafter "Contract"), was issued by Defendant to the Insureds to provide property insurance coverage for the Insured Property. Plaintiff is not in possession of a complete certified copy of the Contract; however, the Contract is well known to and in the possession of Defendant, and Plaintiff has requested a formal copy of the Contract through a Request to Produce which has been served upon Defendant contemporaneously with this Complaint. *See Equity Premium, Inc. v. Twin City Fire Ins. Co.*, 956 So. 2d 1257 (Fla. 4th DCA 2007); *Amiker v. Mid-Century Ins. Co.*, 398 So. 2d 974

(Fla. 1st DCA 1981); *Parkway General Hospital Inc. v. Allstate Ins. Co.*, 393 So. 2d 1171 (Fla. 3rd DCA 1981).

7.    The Contract was in full force and effect on September 10, 2017.

8.    The Insured Property located at 22040 Shallowater Lane, Bonita Springs, FL 34135 sustained direct physical damages as a result of Hurricane Irma.

9.    The damage caused was covered under the Contract issued by Defendant to Insured.

10.    Shortly after the hurricane described in paragraph 8, the Insureds contracted with Plaintiff to provide necessary roofing and construction services at the Insured Property. In Exchange for said services, the Insureds agreed to assign to Plaintiff any and all rights available under the Contract for the Insured Property relating to the services rendered and/or to be rendered by Plaintiff and to allow direct billing of Plaintiff's services at the Insured Property to Defendant and assigned the right for direct payment of said services to Plaintiff. A true and correct copy of the instrument (hereinafter, "AOB"), signed by the Insureds, and/or the Insureds' authorized agent, in compliance with Fla Stat. 627.7152, is attached hereto, and is incorporated by reference herein, as (See "**Exhibit A**").

11.    Plaintiff submitted its estimates and/or invoices for the Insured Property to Defendant and has been unpaid or underpaid by Defendant for same. (See Plaintiff's invoices/estimates attached hereto and incorporated herein by reference as "**Exhibit B**").

12.    This is an action related to Defendant's breach of contract for its failure to pay the reasonable costs associated with the necessary restoration services rendered by Plaintiff at the Insured Property in response to the loss described in Paragraph 8 above.

13.    Jurisdiction and venue of this matter are proper in the Circuit Court for Lee County, Florida.

## COUNT I – BREACH OF CONTRACT

14.     Plaintiff realleges and reincorporates paragraphs 1-13 as if fully stated herein, and further alleges as follows:

15.     While the Contract was in full force and effect, the Insured Property sustained direct physical damages caused by a Hurricane Irma.

16.     Defendant was aware of Plaintiff's assignment of benefits, attached hereto as "**Exhibit A**", prior to issuing any payment for Plaintiff's services.

17.     The Plaintiff has complied with all obligations and conditions precedent to this lawsuit and which would entitle Plaintiff to recover under the Contract as assignee of the Insureds, or such conditions have been waived.

18.     Despite Plaintiff's demand for payment, Defendant has failed to pay the insurance proceeds due and owing for Plaintiff's services fully and properly pursuant to the terms of the Contract.

19.     This failure is contrary to the terms of the Contract and constitutes a breach of the contract.

20.     Plaintiff has been and remains fully prepared to comply with any and all obligations applicable to the Plaintiff pursuant to the Contract.

21.     The Plaintiff has been damaged by this breach by the Defendant refusing to pay the full amount owed under the contract.

22.     As a direct and proximate result of Defendant's breach of contract, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the interests of the Plaintiff, and the Plaintiff has become obligated to pay its counsel a reasonable fee for their services in bringing this action, along with necessary costs incurred.

23.    In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorneys' fees and costs pursuant to section 627.428 and 57.041, Florida Statutes and/or other Florida Law.

WHEREFORE, the Plaintiff demands judgment against Defendant for damages, including but not limited to damages owed under the contract, interest, attorneys' fees and costs, and the Plaintiff demands trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

The Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on Defendant.

**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiffs
925 S. Federal Highway, Sixth Floor
Boca Raton, FL 33432
Phone: (561) 424-0032
Fax:    (561) 853-2188
**Court Phone Number: (1-888) 824-7834**
Email: massad@kpattorney.com
          lcherubin@kpattorney.com
          FirstPartyEService@kpattorney.com

By: _/s/ Majd Asaad_____
          MARGARET E. GARNER, ESQ.
          Florida Bar No.: 85908
          MAJD ASAAD, ESQ.
          Florida Bar No.: 117596

Exhibit "A"

## ASSIGNMENT OF A CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective
_May 18, 2019_

BETWEEN:    _Robert + Nancy Iorizzo_ (The "Assignor"),
the insured and existing under the laws of the State of Florida, located at:
_22040 Shallowater Lane, Bonita Springs, FL_

AND:        CMR Construction & Roofing (the "Assignee"), a corporation organized
and existing under the laws of the State of Florida, with its head office
located at 1429 Don St. Unit A Naples, FL 34104

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its
successors, assigns and personal representatives, any and all claims, demands, and cause or
causes of action of any kind whatsoever which the undersigned has or may have against
_AIG_, arising from the following type of claim:

Homeowner's claim #_580419_____.

And the undersigned may in its own name and for its own benefit prosecute, collect, settle,
compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first
above written.

Signed, sealed and delivered in the presence of:

ASSIGNOR

Authorized Signature

_ROBERT P. IORIZZO_
Print Name and Title

x _Nancy Iorizzo_

x _Nancy Iorizzo_

ASSIGNEE

Authorized Signature

_BRETT DUNHAM - CMR_
Print Name and Title

Exhibit "B"

 **CMR Construction and Roofing**

Insured:   Iorizzo, Bob
Property:   22040 Shallowater Lane
Bonita Springs, FL 34135

**Claim Number:** 580419          **Policy Number:**          **Type of Loss:** <NONE>

Date of Loss:                          Date Received:
Date Inspected:                      Date Entered:    1/29/2020 11:10 AM

Price List:   FLFM8X_JAN20
Restoration/Service/Remodel
Estimate:   IORIZZO_BOB

This estimate is not final as there may be hidden damages not yet foreseen beneath the roof covering. The adjuster will be notified at the time of discovery and given the opportunity to inspect the damages within a reasonable time period. If the adjuster is not available, photos and documentation of the additional damage will be provided.

 **CMR Construction and Roofing**

**IORIZZO_BOB**

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Remove Tile roofing - Concrete - "S" or flat tile | 97.80 SQ | 178.26 | 0.00 | 3,486.76 | 20,920.59 | (0.00) | 20,920.59 |

Unit Pricing Note:
The removal line items on the adjuster's estimate allows for the "DMO" labor rate in Xactimate. This default labor rate allows for a demolition worker participating in a demolition project with no roofing trade skills. This needs to be adjusted to the "RFG" labor rate for roofer labor rates due to the same skilled Roofing crew being used for both roof tear off and roof replacement. This is further elaborated in the attached labor rate study for Xactimate.
*****************************************************

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2.  Tile roofing - Concrete - "S" or flat tile | 112.47 SQ | 636.40 | 1,292.10 | 14,573.60 | 87,441.61 | (0.00) | 87,441.61 |

*Includes: Tile roofing, furring strips, roofing nails, and installation labor.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 3.  Re-nailing of roof sheathing - complete re-nail | 9,780.00 SF | 0.29 | 13.69 | 569.98 | 3,419.87 | (0.00) | 3,419.87 |
| 4.  Remove Modified bitumen roof - hot mopped | 97.80 SQ | 51.24 | 0.00 | 1,002.26 | 6,013.53 | (0.00) | 6,013.53 |
| 5.  Modified bitumen roof - hot mopped | 112.47 SQ | 393.11 | 944.83 | 9,031.58 | 54,189.49 | (0.00) | 54,189.49 |
| 6.  Ridge / Hip / Rake cap - tile roofing | 792.00 LF | 12.98 | 384.75 | 2,133.00 | 12,797.91 | (0.00) | 12,797.91 |
| 7.  Roofer - per hour | 79.20 SQ | 162.00 | 0.00 | 2,566.08 | 15,396.48 | (0.00) | 15,396.48 |

*Mortar, oxide, and insulation & labor is not included on the replacement of the ridge/hip. Labor/Material to install mortar along the hips and ridges.  Calculated at 1 hour per 10lf.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8.  Hip & ridge nailer board for tile roofing - channel metal | 930.00 LF | 3.20 | 104.16 | 616.04 | 3,696.20 | (0.00) | 3,696.20 |

Linear footage accounts for both sides of channel.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Valley "W" flashing for tile roofing* | 377.30 LF | 8.70 | 66.03 | 669.70 | 4,018.24 | (0.00) | 4,018.24 |

*Includes 10% waste for min 8" overlap and cutting loss.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 10.  Drip edge/gutter apron | 843.70 LF | 2.82 | 55.52 | 486.94 | 2,921.69 | (0.00) | 2,921.69 |

*Includes 10% waste for min 8" overlap and cutting loss.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11.  Seal & paint drip edge trim - two coats* | 767.00 LF | 1.22 | 5.37 | 188.22 | 1,129.33 | (0.00) | 1,129.33 |
| 12.  Bird stop - Eave closure strip for tile roofing - metal | 740.00 LF | 3.90 | 81.33 | 593.46 | 3,560.79 | (0.00) | 3,560.79 |
| 13.  R&R Chimney flashing - large (32" x 60") | 2.00 EA | 612.84 | 15.28 | 248.18 | 1,489.14 | (0.00) | 1,489.14 |
| 14.  Flat roof exhaust vent / cap - gooseneck 8" | 1.00 EA | 87.43 | 1.89 | 17.86 | 107.18 | (0.00) | 107.18 |
| 15.  Flat roof exhaust vent / cap - gooseneck 12" | 1.00 EA | 98.42 | 2.66 | 20.22 | 121.30 | (0.00) | 121.30 |
| 16.  Prime & paint roof vent | 2.00 EA | 30.88 | 1.00 | 12.56 | 75.32 | (0.00) | 75.32 |
| 17.  Flashing - pipe jack - lead | 5.00 EA | 75.98 | 13.38 | 78.66 | 471.94 | (0.00) | 471.94 |
| 18.  Prime & paint roof jack | 5.00 EA | 34.79 | 2.49 | 35.30 | 211.74 | (0.00) | 211.74 |
| 19.  Apply mastic around vent pipes* | 7.00 EA | 30.79 | 0.28 | 43.16 | 258.97 | (0.00) | 258.97 |

Per Code R905.2.8.1 - "The entire edge of the horizonal flange shall be sealed covering all nail penetrations with approved flashing cement and membrane."

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20.  Counterflashing - Apron flashing | 68.00 LF | 11.00 | 6.00 | 150.80 | 904.80 | (0.00) | 904.80 |
| 21.  Step flashing | 130.00 LF | 10.92 | 12.38 | 286.40 | 1,718.38 | (0.00) | 1,718.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:  Roof** | | | 3,003.14 | 36,810.76 | 220,864.50 | 0.00 | 220,864.50 |

IORIZZO_BOB

 **CMR Construction and Roofing**

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22. R&R Gutter - aluminum - 6"* | 767.00 LF | 8.59 | 302.27 | 1,378.16 | 8,268.96 | (0.00) | 8,268.96 |
| *Due to the extensive long run of seamless gutter, detach and reset will not be successful without damage thus R/R required.* | | | | | | | |
| 23. R&R Downspout - aluminum - 6"* | 179.00 LF | 8.59 | 70.54 | 321.62 | 1,929.77 | (0.00) | 1,929.77 |
| **Totals: Exterior** | | | **372.81** | **1,699.78** | **10,198.73** | **0.00** | **10,198.73** |

### Miscellaneous

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 2,474.34 | 0.00 | 494.86 | 2,969.20 | (0.00) | 2,969.20 |
| 25. Delivery charge (Bid Item) | 112.47 SQ | 55.00 | 0.00 | 1,237.18 | 7,423.03 | (0.00) | 7,423.03 |
| 26. Tile Roof Load Charge | 112.47 SQ | 65.00 | 0.00 | 1,462.12 | 8,772.67 | (0.00) | 8,772.67 |
| 27. Landscaping * | 1.00 EA | 600.00 | 0.00 | 120.00 | 720.00 | (0.00) | 720.00 |
| *Figuring a base charge to mobilize, stage, and remove plywood as needed to protect pavers/driveways and landscape from debris and equipment.* | | | | | | | |
| 28. Temporary toilet - Minimum rental charge | 1.00 EA | 110.00 | 0.00 | 22.00 | 132.00 | (0.00) | 132.00 |
| 29. General clean - up | 24.00 HR | 34.20 | 0.02 | 164.16 | 984.98 | (0.00) | 984.98 |
| General clean up must occur everyday per local building code (permitting office) and to meet OSHA regulations to "keep project work site clean and hazard free".  Due to the nature of roofing nails, sharp objects and heavy objects, cleaning must occur throughout the process. | | | | | | | |
| 30. Residential Supervision / Project Management - per hour | 16.00 HR | 57.25 | 0.00 | 183.20 | 1,099.20 | (0.00) | 1,099.20 |

*Supervisory hours needed as an on-site supervisor will be required to oversee all employees and sub-contractors that enter the job site to make sure they adhere to OSHA standards and regulations.*

OSHA regulation Title 29CFR 1926.501 (b)
.. each employee engaged in roofing activities, with unprotected sides and edges 6 feet or more above lower levels shall be protected from falling by ...warning line system (harness) and safety monitoring systems. Or on roofs 50 feet or less in width, the use of a safety monitoring system alone is permitted.
1962.502(h) states employer shall designate a competent person to monitor the safety of other employees, and this monitor shall be:
- competent to recognize fall hazards,
- shall be on the same working surface and within visual sight distance of employees being monitored,
- close enough to communicate orally with the employee, and
- shall not have other responsibilities which could take the monitors attention from the monitoring function.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Painting - Labor Minimum | 1.00 EA | 191.72 | 0.00 | 38.34 | 230.06 | (0.00) | 230.06 |
| As a result of painting the roof vents, and or the drip edge. | | | | | | | |
| 32. Administrative/supervisor labor charge (Bid Item) | 1.00 EA | 1,250.00 | 0.00 | 250.00 | 1,500.00 | (0.00) | 1,500.00 |

*This line addresses the full cost of the detailed inspection and subsequent estimate as produced by experts in the field. This estimate was not produced by the salesperson or manager, but from an estimating expert with many years of experience. The cost of this product has been added to this estimate in this line item because we were given no choice, and were forced to combat the inadequate report from the carriers representative.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 33. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 7.00 EA | 711.50 | 0.00 | 996.10 | 5,976.60 | (0.00) | 5,976.60 |
| 1 square of concrete tile weighs about 1000lbs or .5 tons.  97.80 sq = 48.9 tons/8 = QTY 7 | | | | | | | |
| **Totals: Miscellaneous** | | | **0.02** | **4,967.96** | **29,807.74** | **0.00** | **29,807.74** |

 **CMR Construction and Roofing**

## House Paint

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 34. Mask per square foot for drywall/paint work* | 9,422.00 SF | 0.20 | 32.98 | 383.48 | 2,300.86 | (0.00) | 2,300.86 |
| 35. Clean stucco | 9,422.00 SF | 0.47 | 6.60 | 886.98 | 5,321.92 | (0.00) | 5,321.92 |
| 36. Seal & paint stucco | 9,422.00 SF | 1.27 | 178.08 | 2,428.80 | 14,572.82 | (0.00) | 14,572.82 |
| 37. Prime & paint exterior fascia - wood, 6"- 8" wide | 767.00 LF | 1.84 | 10.74 | 284.40 | 1,706.42 | (0.00) | 1,706.42 |
| 38. Prime & paint exterior soffit - wood | 767.00 SF | 1.90 | 19.33 | 295.32 | 1,771.95 | (0.00) | 1,771.95 |
| 39. Stucco / Ext. Plaster Repair - Min. Charge - Lab. and Mat. | 6.00 EA | 197.45 | 7.06 | 238.36 | 1,430.12 | (0.00) | 1,430.12 |
| **Totals: House Paint** | | | **254.79** | **4,517.34** | **27,104.09** | **0.00** | **27,104.09** |

## Lanai/Enclosure

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. 3G Estimate for screened enclosure | 1.00 EA | 37,890.00 | 0.00 | 7,578.00 | 45,468.00 | (0.00) | 45,468.00 |
| 41. R&R Framing hurricane tie | 15.00 EA | 8.57 | 1.23 | 25.96 | 155.74 | (0.00) | 155.74 |
| 42. R&R Gutter - Sturcturally Reinforced Box Gutter System - 7" to 8"* | 134.00 LF | 27.49 | 88.08 | 754.36 | 4,526.10 | (0.00) | 4,526.10 |
| 43. R&R Downspout - box - aluminum - 7" to 8"* | 32.00 LF | 18.16 | 33.51 | 122.92 | 737.55 | (0.00) | 737.55 |
| 44. R&R Patio/pool Enclosure - Rescreen - Heavy duty solar screen | 2,526.00 SF | 2.02 | 183.89 | 1,057.28 | 6,343.69 | (0.00) | 6,343.69 |
| *To rescreen all of the built in enclosures.* | | | | | | | |
| **Totals: Lanai/Enclosure** | | | **306.71** | **9,538.52** | **57,231.08** | **0.00** | **57,231.08** |

## Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 45. Framing labor minimum* | 1.00 EA | 65.83 | 0.00 | 13.16 | 78.99 | (0.00) | 78.99 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **13.16** | **78.99** | **0.00** | **78.99** |
| **Line Item Totals: IORIZZO_BOB** | | | **3,937.47** | **57,547.52** | **345,285.13** | **0.00** | **345,285.13** |

 **CMR Construction and Roofing**

**Summary for Dwelling**

| | |
|---|---:|
| Line Item Total | 283,800.14 |
| Material Sales Tax | 3,937.47 |
| | |
| Subtotal | 287,737.61 |
| Overhead | 28,773.76 |
| Profit | 28,773.76 |
| | |
| **Replacement Cost Value** | **$345,285.13** |
| **Net Claim** | **$345,285.13** |

_____

*Xactware's white paper on O&P states: " General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business. Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate–General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate."*

489.113(9)(a), F.S., which states:

(9) (a) This part does not prevent any contractor from acting as a prime contractor where the majority of the work to be performed under the contract is within the scope of his or her license or from subcontracting to other licensed contractors that remaining work which is part of the project contracted.