UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CMR CONSTRUCTION & ROOFING, LLC
(a/a/o Robert Iorizzo and Nancy Iorizzo)

      Plaintiff,

v.                              Case No. 2:20-cv-292-JLB-NPM

AIG PROPERTY CASUALTY COMPANY,

      Defendant.

_____

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 25.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on September 17, 2021.

*John L. Badalamenti*

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE